WILLIAM LAWS, d. b. *vs.* THOMAS A. JONES, p. b.

In an action for taxes, the record should show that the plaintiff was a collector, and that the defendant had removed from the county, or died, without paying the tax.

CERTIORARI to Justice Tindal.

" Record, to wit: Thomas A. Jones *vs.* William Laws, who formerly acted as agent for Newton Rust. Summons for taxes issued the 1st. February, 1838, returnable 24th February, demand $3 39. The parties appeared, and after hearing the allegations of the parties, judgment in favor of plaintiff for $3 39 debt, and 56 cents costs.

The exceptions were—1. That the defendant was not liable to a suit against him as the former agent of Rust. 2. That the claim was for a tax, and it does not appear that Newton Rust had removed from the county, or had died without paying the same; and 3. That it does not appear that the plaintiff was a collector of county rates and levies.

The court considered the judgment and proceedings erroneous on all three of the grounds taken, and

Reversed the judgment.

*Robinson,* for plaintiff in error.